## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BOISE DIALYSIS, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>VICTOR NIETO, MS ADMINISTRATIVE SERVICES, INC., OMNIPURE FILTER COMPANY, INC., and DIALYSIS COST CONTAINMENT, INC.<br><br>　　　　　　　　　Defendants. | Case No. 1:07-CV-244-LMB<br><br>**ORDER** |

　　　　Pursuant to the Stipulation for Dismissal (Docket No. 16), IT IS HEREBY ORDERED that all claims asserted by Plaintiff Boise Dialysis, LLC against Defendants MS Administrative Services, Inc. and Omnipure Filter Company, Inc are dismissed with prejudice. Those parties shall bear their own costs and attorney fees relating to the dismissed claims.

DATED: **August 6, 2007**.

_____
Honorable Larry M. Boyle
U. S. Magistrate Judge